IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA      Date:    November 4, 2015

vs.      Case No.: 14-4015-01-CR-C-BCW

XAVIER DEPREY JOHNSON

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing:    Sentencing

Time Commenced:    11:37 am      Time Terminated: 12:00 pm

APPEARANCES

**Plaintiff's counsel:** Michael Oliver, AUSA
**Defendant's counsel:** Troy Stabenow
**Probation officer:** Tracey D. Cowin

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 151 months on Countd 1 and 2 of the Indictment to run concurrently. Followed by 3 years supervised release on Count 1 and 2 of the Indictment to run concurrently. FINE: waived; MSA: $200. Standard/Additional Conditions of Supervision imposed. Defendant remanded to custody of USM. Dft advised of right to appeal

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James